

# Court of Appeals

# First District of Texas

## CORRECTED BILL OF COSTS

No. 01-15-00462-CV

**Post Oak Lane Townhome Owners Association**

**v.**

**The Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders of CWABS Series 2003-BC1 and Wade Riner**

NO. 2013-00567 IN THE 11TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| FILING | $175.00 | 10/06/2015 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 10/06/2015 | PAID | ANT |
| MT FEE | $10.00 | 07/06/2015 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $205.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this Tuesday, October 06, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**